# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,** | Case: 4:21-cv-06713-JSW |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER DIMISSING CASE |
| **Rangoon Ruby Investment, LLC**, a California Limited Liability Company | Re: Dkt. No. 31 |
| Defendants. | |

On October 12, 2022, Plaintiff filed a Notice of Indication of Mootness and informed the Court that the joint site inspection showed that the alleged barrier had been removed, mooting Plaintiff's request for injunctive relief. Plaintiff therefore has no objection to dismissal of his ADA claim. Additionally, Plaintiff has informed the Court that he has no objection to the Court declining to exercise supplemental jurisdiction over his Unruh Act claim so that he may refile in State Court. Accordingly, the Court **DISMISSES** Plaintiff's claims.

The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: October 13, 2022

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE